387 A.2d 126

Williams v. Williams, Appellant.

Argued December 12, 1977. Charles A. Shea, III, with him Shea, Shea & Caputo, for appellant; Francis X. Hope, Jr., with him Hope, Portnoff & Grant, for appellee.

Order affirmed.